(76 South. 422)

## STATE ex rel. RAY v. HENRY.

(6 Div. 622.)

(Supreme Court of Alabama. July 2, 1917.)

Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge.

Mandamus by the State, on the relation of Ben F. Ray, against M. V. Henry. From judgment denying the writ, relator appeals. Judgment reversed, and judgment rendered granting the writ.

Hugo L. Black, of Birmingham, for appellant. Forney Johnston, of Birmingham, for appellee.

SOMERVILLE, J. On the authority of the case of Henry v. State ex rel. Welch (6 Div. 620) 76 South. 417,[1] and for the reasons therein stated, the judgment in this case will be reversed, and a judgment will be here rendered granting the writ of mandamus as prayed.

Reversed and rendered.

ANDERSON, C. J., and McCLELLAN, GARDNER and THOMAS, JJ., concur. SAYRE and SOMERVILLE, JJ., dissent. MAYFIELD, J., not sitting.